UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Monadnock View Holdings, LLC, et al

       v.                              Case No. 05-cv-449-PB

Town of Peterborough, et al

_____


ORDER

       Re: Document No. 11, Notice of Disclosure of Circumstance

       Ruling: I thank counsel for making me aware of this issue.
Although I served as Senator Rudman's legal counsel while Roberta
Bass was a director of one of the senator's regional offices, I
have had no significant contact with her since 1987.  Recusal is
not warranted based on the fact that we once worked for the same
employer.  Thus, I do not intend to recuse myself from this case.
Any party may ask me to reconsider this ruling by filing a motion
to reconsider within 10 days.


                              /s/ Paul Barbadoro
                              Paul Barbadoro
                              U.S. District Judge


Date:  February 1, 2006

cc:  Douglas W. Macdonald, Esq.
     Gregg R. Frame, Esq.
     Lisa Lee, Esq.
     John Kissinger, Esq.
     Lawrence M. Edelman, Esq.